CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date: January 08, 2016

Check No. 2132822

Check Amount: $352.50

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-43424-R | 00000 | WILLIE HENRY & JASMIN DARLENE ARTIS | 0 | XXXXX3397 | 352.50 | 0.00 | 352.50 |
| | | Original check written to: WILLIE HENRY ARTIS 11977 KILGORE DRIVE FRISCO, TX 75035 | | XXXXX8386 | | | |
| | | | **TOTALS** | | **$352.50** | **$0.00** | **$352.50** |